IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ALT-A TRUST 2006-6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6,<br><br>Plaintiff,<br><br>v.<br><br>ELMAR DE LEON,<br><br>Defendants<br>_____/ | No. C-09-2912 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER REMANDING CASE; GRANTING DEFENDANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS; VACATING HEARING** |

    Before the Court is plaintiff Citibank, N.A.'s ("Citibank") Motion for Order Remanding Case to State Court, filed July 14, 2009, as amended July 30, 2009. Defendant Elmar De Leon ("De Leon") has not filed opposition. Having read and considered the papers filed in support of the motion, the Court finds the matter suitable for decision on the moving papers, VACATES the hearing scheduled for September 4, 2009, and hereby rules as follows.

    In its complaint, Citibank alleges a single state law claim against De Leon. In his Notice of Removal, De Leon asserts the Court has diversity jurisdiction over the complaint. For the reasons stated by Citibank, the Court finds De Leon has failed to show, in his Notice of Removal or otherwise, that the "matter in controversy exceeds the sum or value

of $75,000." See 28 U.S.C. § 1332(a).  Consequently, the Court lacks diversity jurisdiction over the instant action.

Accordingly, Citibank's motion is hereby GRANTED, and the complaint is hereby REMANDED to the Superior Court of the State of California, in and for the County of Marin.

De Leon's application to proceed in forma pauperis, filed June 29, 2009, is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  August 28, 2009

_____
MAXINE M. CHESNEY
United States District Judge